UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STUART DESSO                             :

     v.                                  :   CASE NO. 3:00CV1843(RNC)

ROBERT CORNELL, DENISE LAMONTAGNE, :
and TOWN OF CROMWELL

## JUDGMENT

This action having commenced by a complaint and having been assigned to the Honorable Robert N. Chatigny, United States District Judge and,

A notice of voluntary dismissal as to defendant Denise Lamontagne having been filed on February 27, 2002, and ordered accordingly on February 28, 2002; and,

The matter having then come on for consideration of the defendants' motion for summary judgment before the Honorable Robert N. Chatigny, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed a ruling and order granting defendants' motion for summary judgment as to defendant Town of Cromwell, and denying the motion as to defendant Cornell on the qualified immunity claim with permission for the parties to file supplemental briefs; and,

The parties having filed supplemental briefs, and on December 24, 2003, the Court having filed a supplemental ruling on defendants' motion for summary judgment granting summary judgment as to defendant Cornell; it is therefore

ORDERED, ADJUDGED, and DECREED that the complaint is dismissed as to defendant Lamontagne; and it is further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of defendants Robert Cornell and Town of Cromwell.

Dated at Hartford, Connecticut, this 7th day of January 2004.

KEVIN F. ROWE, Clerk


By     /s/lik
      Linda I. Kunofsky
      Deputy Clerk

EOD _____

Case 3:00-cv-01843-RNC    Document 55    Filed 01/07/2004    Page 3 of 3