UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STUART DESSO | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:00CV01843 (RNC) |
| V. | : | |
| | : | |
| DETECTIVE R. CORNELL; | : | |
| DENISE LOPEZ; | : | |
| TOWN OF CROMWELL; | : | JANUARY 6, 2004 |
|     Defendants | : | |

### APPEARANCE

Enter my appearance as Attorney for the defendant, Detective R. Cornell, only, in the above-entitled case.

                                THE DEFENDANT:
                                DETECTIVE R. CORNELL

                                BY: _____
                                James J. Szerejko
                                Fed. Bar No. ct 04326
                                HALLORAN & SAGE LLP
                                One Goodwin Square
                                Hartford, CT  06103
                                Tele: (860) 522-6103

One Goodwin Square                  HALLORAN              Phone (860) 522-6103
225 Asylum Street                    &SAGE LLP              Fax (860) 548-0006
Hartford, CT 06103                                            Juris No. 26105

## CERTIFICATION

This is to certify that on this 6th day of January, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

William S. Palmieri, Esq.
205 Church Street, Suite 333
New Haven, CT 06510

*James J. Szerejko*

499991.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105