UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STUART DESSO | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:00CV01843 (RNC) |
| V. | : | |
| | : | |
| DETECTIVE R. CORNELL; | : | |
| DENISE LOPEZ; | : | |
| TOWN OF CROMWELL; | : | JANUARY 6, 2004 |
|     Defendants | : | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the defendant, Detective R. Cornell, in the above-captioned matter, as the undersigned will no longer be engaged in the practice of law with this firm after January 7, 2004. The defendant will be represented by James J. Szerejko of Halloran & Sage LLP, who is filing an appearance contemporaneously with this motion.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANT:
DETECTIVE R. CORNELL

BY: _____
Brian P. Leaming
Fed. Bar No. ct 16075
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

## CERTIFICATION

This is to certify that on this 6th day of January, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

William S. Palmieri, Esq.
205 Church Street, Suite 333
New Haven, CT 06510

*cc: via certified mail:*

Detective R. Cornell
Cromwell Police Department
5 West Street
Cromwell, CT 06510

_____
Brian P. Leaming

499989.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105